FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

APR 2 6 2007

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| GRADY JACKSON, | ) | |
| | ) | CIVIL ACTION |
| Plaintiff, | ) | |
| | ) | NO: 1 07-CV 0939 |
| v. | ) | |
| | ) | |
| ATLANTA FALCONS | ) | -GET |
| FOOTBALL CLUB, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT ATLANTA FALCONS FOOTBALL CLUB'S
## NOTICE OF REMOVAL

NOW COMES Defendant Atlanta Falcons Football Club, LLC (the "Atlanta Falcons") and, pursuant to 28 U.S.C. § 1441 et seq., files this Notice of Removal of the civil action filed against it by Grady Jackson ("Plaintiff") to the United States District Court for the Northern District of Georgia. In support hereof, the Atlanta Falcons respectfully show the Court as follows:

1. The Atlanta Falcons are the defendant in a civil action brought in the State Court of Fulton County, State of Georgia, styled Grady Jackson v. Atlanta Falcons Football Club, Civil Action No. 07EV002113J (the "State Action").

2. The State Action was commenced by the filing of the Complaint on March 23, 2007. Plaintiff filed an Amended Complaint on March 26, 2007. At the

WHEREFORE, the Atlanta Falcons respectfully request that this Notice of Removal be filed; that the State Action be removed to and proceed hereafter in this Court; and no further proceedings be had in the State Court of Fulton County, State of Georgia.

This 26th day of April, 2007.

_____
Michael W. Johnston
Georgia Bar No. 396720
Matthew A. Boyd
Georgia Bar No. 027645
Amanda C. Kunz
Georgia Bar No. 142177

KING & SPALDING LLP
1180 Peachtree Street NE
Atlanta, Georgia 30309-3521
(404) 572-4600 (telephone)
(404) 572-5138 (facsimile)
mjohnston@kslaw.com
mboyd@kslaw.com
akunz@kslaw.com

ATTORNEYS FOR ATLANTA FALCONS FOOTBALL CLUB, LLC