ORIGINAL

FILED IN CLERKS OFFICE
U.S.D.C. Atlanta

APR 2 7 2007

JAMES N. HATTEN, Clerk
By:
Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

GRADY JACKSON,                  )
                                )    **CIVIL ACTION**
    **Plaintiff,**              )
                                )    **NO: 07-cv-0939-GET**
v.                              )
                                )
ATLANTA FALCONS                 )
FOOTBALL CLUB, LLC              )
                                )
    **Defendant.**              )

## DEFENDANT'S MOTION TO FILE ITS MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO COMPEL ARBITRATION UNDER SEAL

Defendant Atlanta Falcons Football Club, LLC hereby moves the Court for leave to file its Motion to Dismiss Or, In The Alternative, To Compel Arbitration, as well as the supporting affidavit and exhibits attached thereto, under seal. In support of this Motion, Defendant shows the Court that these documents contain medical information regarding the Plaintiff. Consequently, Defendant requests permission to file these documents under seal and that they be maintained under seal with the Court. A proposed Order is attached for the convenience of the Court.

This 27th day of April, 2007.

Respectfully submitted,

Michael W. Johnston
Georgia Bar No. 396720
Matthew A. Boyd
Georgia Bar No. 027645
Amanda C. Kunz
Georgia Bar No. 142177

KING & SPALDING LLP
1180 Peachtree Street NE
Atlanta, Georgia 30309-3521
(404) 572-4600 (telephone)
(404) 572-5138 (facsimile)
mjohnston@kslaw.com
mboyd@kslaw.com
akunz@kslaw.com

**ATTORNEYS FOR THE ATLANTA FALCONS
FOOTBALL CLUB, LLC**

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| **GRADY JACKSON,** | ) | |
| | ) | **CIVIL ACTION** |
| **Plaintiff,** | ) | |
| | ) | **NO: 07-cv-0939-GET** |
| **v.** | ) | |
| | ) | |
| **ATLANTA FALCONS** | ) | |
| **FOOTBALL CLUB, LLC** | ) | |
| | ) | |
| **Defendant.** | ) | |

## O R D E R

This matter comes before the Court on Defendant's Motion to File Its Motion to Dismiss or, in the Alternative, to Compel Arbitration under seal. Upon consideration, the Motion is **GRANTED**. The Clerk is **DIRECTED** to file Defendant's Motion to Dismiss or, in the Alternative, to Compel Arbitration, as well as the affidavits and exhibits thereto, under seal.

It is **SO ORDERED**, this _____ day of April, 2007.

_____
G. Ernest Tidwell
Senior United States District Judge

3

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| GRADY JACKSON, | ) | |
| | ) | CIVIL ACTION |
| **Plaintiff,** | ) | |
| | ) | NO: 07-cv-0939-GET |
| v. | ) | |
| | ) | |
| ATLANTA FALCONS | ) | |
| FOOTBALL CLUB, | ) | |
| | ) | |
| **Defendant.** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of **DEFENDANT'S MOTION TO FILE ITS MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO COMPEL ARBITRATION UNDER SEAL** by causing a copy of the same to be deposited in the United States Mail, postage prepaid and addressed to the following:

> Kenan G. Loomis
> COZEN O'CONNOR
> SunTrust Plaza, Suite 2200
> 303 Peachtree Street, N.E.
> Atlanta, Georgia 30308

and

> Eric Farber
> Ann McFarland Draper
> FARBER & COMPANY ATTORNEYS LLP
> 847 Sansome Street, Suite LL
> San Francisco, California 94111

This 27th day of April, 2007.

_____
Amanda C. Kunz
Georgia Bar No. 142177