FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

APR 2 6 2007

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| GRADY JACKSON, | ) | |
| | ) | CIVIL ACTION |
| Plaintiff, | ) | |
| | ) | NO: |
| v. | ) | |
| | ) | 1:07-CV-0939-GET |
| ATLANTA FALCONS FOOTBALL CLUB, | ) | |
| | ) | |
| Defendant. | ) | |

**AFFIDAVIT OF NOTICE OF FILING NOTICE OF REMOVAL IN THE STATE COURT OF FULTON COUNTY, GEORGIA**

Michael W. Johnston, being duly sworn, deposes and says that he is counsel for Defendant Atlanta Falcons Football Club, LLC in the above-styled action and that on this day he caused to be filed a copy of the Notice of Filing Notice of Removal in the above-styled action with the Clerk of the State Court of Fulton County, Georgia.

FURTHER AFFIANT SAYETH NOT.

_____
Michael W. Johnston
Georgia Bar No. 396720

Sworn and subscribed to before me
this 26th day of April, 2007.

_____
Notary Public

My Commission Expires: 4/9/10

