IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| **GRADY JACKSON,** | ) | |
| | ) | **CIVIL ACTION** |
| **Plaintiff,** | ) | |
| | ) | **NO:** |
| v. | ) | |
| | ) | 1:07-cv-0939-GET |
| **ATLANTA FALCONS** | ) | |
| **FOOTBALL CLUB,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of this **AFFIDAVIT OF NOTICE OF FILING NOTICE OF REMOVAL IN THE STATE COURT OF FULTON COUNTY, GEORGIA** by causing a copy of the same to be deposited in the United States Mail, postage prepaid and addressed to the following:

Kenan G. Loomis
COZEN O'CONNOR
SunTrust Plaza, Suite 2200
303 Peachtree Street, N.E.
Atlanta, Georgia 30308

and

Eric Farber
Ann McFarland Draper
FARBER & COMPANY ATTORNEYS LLP
847 Sansome Street, Suite LL
San Francisco, California 94111

This 26th day of April, 2007.

_____
Amanda C. Kunz
Georgia Bar No. 142177