# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **GRADY JACKSON,** | ) |
| | ) **CIVIL ACTION** |
| **Plaintiff,** | ) |
| | ) **NO: 07-CV-0939-GET** |
| **v.** | ) |
| | ) |
| **ATLANTA FALCONS** | ) |
| **FOOTBALL CLUB, LLC** | ) |
| | ) |
| **Defendant.** | ) |

## DEFENDANTS' RULE 7.1 DISCLOSURE STATEMENT

In accordance with Fed. R. Civ. P. 7.1, Atlanta Falcons Football Club, LLC (the "Falcons") respectfully submits the following disclosure statement, stating as follows: The Falcons' parent corporation is AMB Group LLC, and no publicly-held entity owns 10% or more of the Falcons' stock.

Respectfully submitted this 4th day of May, 2007.

                                                            s/ Matthew A. Boyd
                                                         Michael W. Johnston
                                                         Georgia Bar No. 396720
                                                         Matthew A. Boyd
                                                         Georgia Bar No. 027645
                                                         Amanda C. Kunz
                                                         Georgia Bar No. 142177

KING & SPALDING LLP
1180 Peachtree Street NE
Atlanta, Georgia 30309-3521

(404) 572-4600 (telephone)
(404) 572-5138 (facsimile)
mjohnston@kslaw.com
mboyd@kslaw.com
akunz@kslaw.com

**ATTORNEYS FOR THE ATLANTA FALCONS FOOTBALL CLUB, LLC**

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| **GRADY JACKSON,** | ) | |
| | ) | **CIVIL ACTION** |
| **Plaintiff,** | ) | |
| | ) | **NO: 07-CV-0939-GET** |
| v. | ) | |
| | ) | |
| **ATLANTA FALCONS** | ) | |
| **FOOTBALL CLUB,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that I electronically filed **DEFENDANTS' RULE 7.1 DISCLOSURE STATEMENT** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorney of record:

    Kenan G. Loomis
    COZEN O'CONNOR
    SunTrust Plaza, Suite 2200
    303 Peachtree Street, N.E.
    Atlanta, Georgia 30308

    I also here certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

    Eric Farber
    Ann McFarland Draper
    FARBER & COMPANY ATTORNEYS LLP
    847 Sansome Street, Suite LL
    San Francisco, California 94111

This 4th day of May, 2007.

        s/ Matthew A. Boyd
        Matthew A. Boyd
        Georgia Bar No. 027645