# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **GRADY JACKSON,** ) | |
| ) | **CIVIL ACTION** |
| **Plaintiff,** ) | |
| ) | **NO: 07-CV-0939-GET** |
| **v.** ) | |
| ) | |
| **ATLANTA FALCONS** ) | |
| **FOOTBALL CLUB, LLC** ) | |
| ) | |
| **Defendant.** ) | |

## CONSENT ORDER

Currently pending before the Court is Defendant's dispositive Motion To Dismiss or To Compel Arbitration. Counsel for Plaintiff has represented to the Court that Plaintiff intends to oppose that Motion and also intends to file a Motion to Remand this case to the Superior Court for Fulton County, Georgia. Given the dispositive nature of both Defendant's pending Motion and Plaintiff's anticipated Motion for Remand, the parties have agreed that judicial economy will be served by staying all other proceedings (including the parties' Rule 26(f) obligations) until such motions have been considered and resolved by the Court. The Court agrees, and it is therefore ORDERED that, other than filing response and/or reply briefs to Defendant's currently pending motion and/or Plaintiff's anticipated motion for

remand (and the filing of any motions for admission *pro hac vice*), all other matters are stayed. Should any matters remain pending following the Court's resolution of the above-referenced motions, the parties shall conduct their Fed. R. Civ. P. 26(f) conference no more than ten (10) days after the Court rules on Defendant's pending Motion, or Plaintiff's anticipated Motion for Remand, whichever is later.

Respectfully submitted this 14th day of May, 2007.

                                                        s/ Matthew A. Boyd
                                                        Michael W. Johnston
                                                        Georgia Bar No. 396720
                                                        Matthew A. Boyd
                                                        Georgia Bar No. 027645
                                                        Amanda C. Kunz
                                                        Georgia Bar No. 142177

KING & SPALDING LLP
1180 Peachtree Street NE
Atlanta, Georgia 30309-3521
(404) 572-4600 (telephone)
(404) 572-5138 (facsimile)
mjohnston@kslaw.com
mboyd@kslaw.com
akunz@kslaw.com

**ATTORNEYS FOR THE ATLANTA FALCONS FOOTBALL CLUB, LLC**

Consented to:


s/ Kenan G. Loomis
Kenan G. Loomis
Georgia Bar No. 457865
COZEN O'CONNOR

SunTrust Plaza, Suite 2200
303 Peachtree Street, N.E.
Atlanta, Georgia  30308
Telephone:  (404) 572-2000
Facsimile: (404) 572-2199

**ATTORNEYS FOR PLAINTIFF
GRADY JACKSON**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| **GRADY JACKSON,** | ) | |
| | ) | **CIVIL ACTION** |
| **Plaintiff,** | ) | |
| | ) | **NO: 07-CV-0939-GET** |
| **v.** | ) | |
| | ) | |
| **ATLANTA FALCONS** | ) | |
| **FOOTBALL CLUB,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the **CONSENT ORDER** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorney of record:

    Kenan G. Loomis
    COZEN O'CONNOR
    SunTrust Plaza, Suite 2200
    303 Peachtree Street, N.E.
    Atlanta, Georgia 30308

I also here certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

    Eric Farber
    Ann McFarland Draper
    FARBER & COMPANY ATTORNEYS LLP
    847 Sansome Street, Suite LL
    San Francisco, California 94111

This 14th day of May, 2007.

                                                             s/ Matthew A. Boyd
                                                             Matthew A. Boyd
                                                             Georgia Bar No. 027645

Case 1:07-cv-00939-GET   Document 7   Filed 05/14/2007   Page 5 of 5