# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| **GRADY JACKSON,** | ) | |
| | ) | **CIVIL ACTION** |
| **Plaintiff,** | ) | |
| | ) | **NO: 07-CV-0939-GET** |
| **v.** | ) | |
| | ) | |
| **ATLANTA FALCONS** | ) | |
| **FOOTBALL CLUB, LLC** | ) | |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OF PENDING CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO COMPEL ARBITRATION

NOTICE IS HEREBY GIVEN that Plaintiff Grady Jackson ("Plaintiff") opposes the Defendant's Motion to Compel Arbitration filed by Defendant Atlanta Falcons Football Club, LLC ("Defendant"), that counsel for Plaintiff and counsel for Defendant have agreed that Plaintiff may have an extension of time through and including May 21, 2007 in which to file its written opposition to said motion, and that the parties will shortly be filing a Consent Motion for the extension.

Respectfully submitted this 15th day of May, 2007.

s/ Kenan G. Loomis
Georgia Bar No. 457865

Dockets.Justia.com

2

COZEN O'CONNOR
SunTrust Plaza, Suite 2200
303 Peachtree Street, N.E.
Atlanta, Georgia  30308
Telephone:  (404) 572-2000
Facsimile:  (404) 572-2199
kloomis@cozen.com

**ATTORNEYS FOR PLAINTIFF
GRADY JACKSON**

ATLANTA\97100\1