# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **GRADY JACKSON,** ) | |
| ) | **CIVIL ACTION** |
| **Plaintiff,** ) | |
| ) | **NO: 07-CV-0939-GET** |
| v. ) | |
| ) | |
| **ATLANTA FALCONS** ) | |
| **FOOTBALL CLUB, LLC** ) | |
| ) | |
| **Defendant.** ) | |

## MOTION FOR EXTENSION OF TIME
## TO RESPOND TO MOTION TO COMPEL ARBITRATION

COMES NOW Grady Jackson, Plaintiff in the above-captioned action, and moves this Court for an Order granting an extension of time for Plaintiff to respond to Defendant's Motion to Compel Arbitration through and including May 21, 2007. Defendant consents to said extension.

Respectfully submitted this 16th day of May, 2007.

s/ Kenan G. Loomis
Georgia Bar No. 457865

COZEN O'CONNOR
SunTrust Plaza, Suite 2200
303 Peachtree Street, N.E.
Atlanta, Georgia  30308
Telephone:  (404) 572-2000
Facsimile: (404) 572-2199
kloomis@cozen.com

**ATTORNEYS FOR PLAINTIFF
GRADY JACKSON**

Consented to:


s/Matthew A. Boyd
Georgia Bar No. 027645
KING & SPALDING LLP
1180 Peachtree Street NE
Atlanta, Georgia 30309-3521
Telephone:  (404) 572-4600
Facsimile:  (404) 572-5138
mboyd@kslaw.com

**ATTORNEYS FOR DEFENDANT
ATLANTA FALCONS FOOTBALL CLUB, LLC**