## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| **GRADY JACKSON,** | ) | |
| | ) | **CIVIL ACTION** |
| **Plaintiff,** | ) | |
| | ) | **NO: 07-CV-0939-GET** |
| **v.** | ) | |
| | ) | |
| **ATLANTA FALCONS** | ) | |
| **FOOTBALL CLUB, LLC** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER FOR EXTENSION OF TIME
## TO RESPOND TO MOTION TO COMPEL ARBITRATION

It appearing to the Court that Plaintiff Grady Jackson has moved for an extension of time for Plaintiff to respond to Defendant's Motion to Compel Arbitration and that Defendant consents to same;

It is hereby ORDERED, ADJUDGED, and DECREED that said Motion shall be granted and Plaintiff shall have up to and including May 21, 2007, in which to respond to Defendant's Motion to Compel Arbitration.

IT IS SO ORDERED this the _____ day of _____, 2007.

_____
Honorable G. Ernest Tidwell
United States District Judge

Prepared and Presented by:

**COZEN O'CONNOR**

<u>s/ Kenan G. Loomis</u>
Georgia Bar No.: 457865
SunTrust Plaza, Suite 2200
303 Peachtree Street, N.E.
Atlanta, Georgia  30308
Telephone:  (404) 572-2000
Facsimile:  (404) 572-2199
kloomis@cozen.com

**ATTORNEYS FOR PLAINTIFF**
**GRADY JACKSON**

Consented to by:

<u>s/ Matthew A. Boyd</u>
Georgia Bar No. 027645
KING & SPALDING LLP
1180 Peachtree Street NE
Atlanta, Georgia 30309-3521
Telephone:  (404) 572-4600
Facsimile:  (404) 572-5138
mboyd@kslaw.com

**ATTORNEYS FOR DEFENDANT**
**ATLANTA FALCONS FOOTBALL CLUB, LLC**