# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| **GRADY JACKSON,** | ) | |
| | ) | **CIVIL ACTION** |
| **Plaintiff,** | ) | |
| | ) | **NO: 07-CV-0939-GET** |
| v. | ) | |
| | ) | |
| **ATLANTA FALCONS** | ) | |
| **FOOTBALL CLUB, LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## **STIPULATION**

COMES NOW Plaintiff and Defendant, by and through their undersigned counsel, who hereby stipulate that Plaintiff's filing of his Motion in Opposition to Defendant's Motion To Dismiss or, In the Alternative, To Compel Arbitration shall not be construed as an admission of, or concession to, this Court's jurisdiction.

Respectfully submitted this 21st day of May, 2007.

s/ Kenan G. Loomis
Georgia Bar No. 457865

COZEN O'CONNOR
SunTrust Plaza, Suite 2200
303 Peachtree Street, N.E.
Atlanta, Georgia  30308
Telephone:  (404) 572-2000
Facsimile:   (404) 572-2199
kloomis@cozen.com

**ATTORNEYS FOR PLAINTIFF**
**GRADY JACKSON**

ATLANTA\97395\1

2

Consented to:

s/Michael W. Johnston
Georgia Bar No. 396720
KING & SPALDING LLP
1180 Peachtree Street NE
Atlanta, Georgia  30309-3521
Telephone:  (404) 572-4600
Facsimile:   (404) 572-5138
mjohnston@kslaw.com

**ATTORNEYS FOR DEFENDANT
ATLANTA FALCONS FOOTBALL CLUB, LLC**