**ORIGINAL**



**FILED IN CLERK'S OFFICE**
U.S.D.C. Atlanta

**MAY 18 2007**

JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk



## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA



| | | |
|---|---|---|
| Grady Jackson | ) | |
| **Plaintiff** | ) | CASE NO.: 07-cv-0939-GET |
| | ) | |
| v. | ) | Appearing on behalf of: Plaintiff Grady Jackson |
| | ) | |
| Atlanta Falcons Football Club, LLC | ) | |
| **Defendant.** | ) | (Plaintiff/Defendant) |

### APPLICATION FOR ADMISSION PRO HAC VICE

**Petitioner,** Eric J. Farber, hereby requests permission to appear pro hac vice in the subject case filed in the Atlanta Division of the United States District Court for the Northern District of Georgia. **Petitioner** states under penalty of perjury that (he/she) is a member in good standing of the Bar of the following United States Court, Northern District of California, and/or the highest Court of the State of California. **Petitioner** states further that (he/she) is not eligible for admission under Local Rule 83.1A and that (he/she) does not reside or maintain an office for the practice of law in the State of Georgia. **Petitioner** states that (he/she) has provided fully all information requested on the reverse side of this application. **Petitioner** designates Samuel Woodhouse III as local counsel. His/her business address is provided below in the Consent of Designated Local Counsel.

This 10th day of May, 20 07.

_____
(Signature of **Petitioner**)

### CONSENT OF DESIGNATED LOCAL COUNSEL

I, Samuel Woodhouse III, designated local counsel for the subject case, agree to readily communicate with opposing counsel and the Court regarding the conduct of this case and accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all proceedings related to this case, including hearings, pretrial conferences and trials, should the **Petitioner** fail to respond to any Court order for appearance or otherwise.

This 18th day of May, 20 07.

755070
Georgia Bar Number

_____
Signature of Local Counsel

404-572-2000
Business Telephone

Cozen O'Connor (Law Firm)
SunTrust Plaza, Suite 2200 (Business Address)
303 Peachtree Street, NE / Atlanta, GA 30308 (City, State, Zip)
_____ (Mailing Address)

**COURTS TO WHICH ADMITTED (Identify Court and Location)**

United States Supreme Court, Washington, D.C.  /  California Supreme Court, Sacramento, California

United States District Court for the Southern District of California, San Diego, California

United States District Court for the Northern District of California, San Francisco, California

United States District Court for the Central District of California, Los Angeles, California

United States District Court for the Eastern District of California, Sacramento, California

Pending Pro Hac Vice application in State Court of Fulton County (Georgia) for this same case (prior to removal); State Bar of Georgia, Office of General Counsel, has submitted non-opposition letter (attached)