# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA



07-cv-0939-GET
_____
Civil/Criminal Action Number

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.1B for admission pro hac vice have been satisfied, **Petitioner's** request to appear pro hac vice in the United States District Court, Northern District of Georgia in the subject case is **GRANTED**.

This _____ day of _____, 20 07 .

_____
UNITED STATES DISTRICT JUDGE

\*\*\*

NAME OF PETITIONER: Eric J. Farber

Residence Address:* *3356 Crane Way, Oakland, CA 94602*

Business Address: Farber & Company Attorneys, LLP
Firm/Business Name

847 Sansome Street, Suite LL / San Francisco, CA 94111
Street Address | City | State | Zip Code

_____
Mailing Address if Other Than Street Address

415-434-5320
Telephone Number (Include area code)

*For reasons of personal security, Petitioner asks that any disclosure of his physical residence address be made under seal or in camera.