# STATE BAR OF GEORGIA
## OFFICE OF THE GENERAL COUNSEL

WILLIAM P. SMITH, III
*General Counsel*

**Bar Counsel**
ROBERT E. McCORMACK
*Deputy General Counsel*
JOHN J. SHIPTENKO
*Assistant General Counsel*



*Disciplinary Counsel*
PAULA J. FREDERICK
*Deputy General Counsel*
JENNY K. MITTELMAN
JONATHAN HEWETT
*Sr. Assistant General Counsel*

KELLYN O. McGEE
REBECCA A. HALL
A. M. CHRISTINA PETRIG
*Assistant General Counsel*
CARMEN ROJAS RAFTER
*Grievance Counsel*

May 2, 2007

Clerk
State Court of Fulton County
TG800 Justice Center Tower
185 Central Avenue, SW
Atlanta, GA 30303
(not mailed, sent by e-file)

Re: Application for Admission *Pro Hac Vice* of Ann McFarland Draper, <u>Grady Jackson v. Atlanta Falcons Football Club, LLC</u>, Civil Action File No. 07EV002113J.

Dear Sir or Madam:

Ann McFarland Draper filed an application for admission *pro hac vice* with the State Court of Fulton County in the above-referenced case. Pursuant to Uniform Rule of Superior Court 4.4, Ms. Draper served the Office of the General Counsel of the State Bar of Georgia with a copy of the application.

The Office of the General Counsel has no objection to the application. The Office of the General Counsel has received the application fee from Ms. Draper.

Sincerely,

Rebecca a. Hall

Rebecca A. Hall
Assistant General Counsel

RAH
cc:  Ann McFarland Draper
     Samuel Solomon Woodhouse III

104 Marietta Street, N.W. • Suite 100 • Atlanta, Georgia 30303
(404) 527-8720 • (800) 334-6865 • (404) 527-8744 facsimile