# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA



07-cv-0939-GET
_____

Civil/Criminal Action Number

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.1B for admission pro hac vice have been satisfied, **Petitioner's** request to appear pro hac vice in the United States District Court, Northern District of Georgia in the subject case is **GRANTED**.

This _____ day of _____, 20<u>07</u>.

_____
UNITED STATES DISTRICT JUDGE

***

| | |
|---|---|
| NAME OF PETITIONER: | Ann McFarland Draper |
| Residence Address:* | 110 Pacific Ave., #351 |
| | San Francisco, CA 94111 |
| Business Address: | Farber & Company Attorneys, LLP |
| | Firm/Business Name |
| | 847 Sansome Street, Suite LL / San Francisco, CA 94111 |
| | Street Address / City / State / Zip Code |
| | 415-434-5320 |
| | Telephone Number (Include area code) |

*Petitioner has listed her personal address. For reasons of personal security, Petitioner asks that any disclosure of her physical residence address be made under seal or in camera.