**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**



FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

MAY 30 2007

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

07-cv-0939-GET
_____
Civil/Criminal Action Number

### ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.1B for admission pro hac vice have been satisfied, **Petitioner's** request to appear pro hac vice in the United States District Court, Northern District of Georgia in the subject case is **GRANTED**.

This 30th day of May, 2007.

_____
UNITED STATES DISTRICT JUDGE

\*\*\*

| | |
|---|---|
| NAME OF PETITIONER: | Eric J. Farber |
| Residence Address:* | 3356 Crane Way |
| | Oakland, CA 94602 |
| Business Address: | Farber & Company Attorneys, LLP |
| | Firm/Business Name |
| | 847 Sansome Street, Suite LL / San Francisco, CA 94111 |
| | Street Address / City / State / Zip Code |
| | Mailing Address if Other Than Street Address |
| | 415-434-5320 |
| | Telephone Number (Include area code) |

*For reasons of personal security, Petitioner asks that any disclosure of his physical residence address be made under seal or in camera.