**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA**



FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

MAY 3 0 2007

JAMES N. HATTEN, Clerk
By: _____
Deputy Clerk

07-cv-0939-GET
_____
Civil/Criminal Action Number

## <u>ORDER OF ADMISSION</u>

It appearing to the Court that the requirements stated in LR 83.1B for admission pro hac vice have been satisfied, ***Petitioner's*** request to appear pro hac vice in the United States District Court, Northern District of Georgia in the subject case is **GRANTED**.

This _36th_ day of _May_____, 20_07_.

*Clarence Cooper*
UNITED STATES DISTRICT JUDGE

\*\*\*

NAME OF PETITIONER:   Ann McFarland Draper

Residence Address:   110 Pacific Ave., #351
_____
San Francisco, CA 94111

Business Address:   Farber & Company Attorneys, LLP
_____
Firm/Business Name
847 Sansome Street, Suite LL / San Francisco, CA 94111
_____
Street Address    City    State    Zip Code

_____
Mailing Address if Other Than Street Address
415-434-5320
_____
Telephone Number (Include area code)

\*Petitioner has listed her personal address. For reasons of personal security, Petitioner asks that any disclosure of her physical residence address be made under seal or in camera.