# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| GRADY JACKSON ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO.: |
| v. ) | 1:07-CV-0939-GET |
| ) | |
| ATLANTA FALCONS ) | |
| FOOTBALL CLUB, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF INTENT TO REPLY

NOTICE IS HEREBY GIVEN that Plaintiff Grady Jackson ("Plaintiff") has filed a motion to remand this case to State Court for lack of subject matter jurisdiction, and a motion for costs relating thereto, that Defendant Atlanta Falcons Football Club, LLC ("Defendant") has served written opposition to Plaintiff's motions, and that Plaintiff deems it necessary to file a reply as is permitted by LR 7.1(C). Plaintiff will file his reply papers on or before June 21, which is within the time allowed by LR 7.1(C) calculated as provided in LR 6.1(A) (3-day extension).

NOTICE IS FURTHER GIVEN that Plaintiff has filed objections to the evidence proferred by Defendant in support of Defendant's motion under FRCP Rule 12(b)(1), that Defendant has served written opposition to Plaintiff's objections to evidence, and that Plaintiff deems it necessary to reply to said

ATLANTA\98697\1

2

objections. Plaintiff will also file his reply to said opposition to objections to evidence on or before June 21.

This 11th day of June, 2007.

                                              Respectfully submitted,

                                              <u>s/Kenan G. Loomis</u>
                                              Kenan G. Loomis, Esquire
                                              Georgia Bar No. 457865
                                              COZEN O'CONNOR
                                              SunTrust Plaza, Suite 2200
                                              303 Peachtree Street, N.E.
                                              Atlanta, Georgia  30308
                                              Telephone:  (404) 572-2000
                                              Facsimile:  (404) 572-2199
                                              Attorney for Plaintiff

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of the within and foregoing NOTICE OF INTENT TO REPLY with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

> Michael W. Johnston, Esq.
> Matthew A. Boyd, Esq.
> King & Spalding LLP
> 1180 Peachtree Street NE
> Atlanta, Georgia  30309-3521

This 11th day of June, 2007.

> s/Kenan G. Loomis
> Kenan G. Loomis, Esquire