# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **GRADY JACKSON,** ) | |
| ) | **CIVIL ACTION** |
| **Plaintiff,** ) | |
| ) | **NO: 07-CV-0939-GET** |
| **v.** ) | |
| ) | |
| **ATLANTA FALCONS** ) | |
| **FOOTBALL CLUB, LLC** ) | |
| ) | |
| **Defendant.** ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

WHEREAS, the Plaintiff and the Defendant have entered into a Settlement Agreement and General Release which fully settles all contested issues in this case;

IT IS HEREBY STIPULATED pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) that all claims which the Plaintiff has pending against the Defendant are dismissed with prejudice and further, that all parties shall bear their own costs, including attorneys fees.

| | |
|---|---|
| Counsel for the Plaintiff agrees to the foregoing on this 20th day of June, 2007. | Counsel for the Defendant agrees to the foregoing on this 20th day of June, 2007. |
| COZEN O'CONNOR | KING & SPALDING LLP |
| By: s/ Kenan G. Loomis<br>Kenan G. Loomis<br>Georgia Bar No. 457865 | By: s/ Michael W. Johnston<br>Michael W. Johnston<br>Georgia Bar No. 396720 |

| | |
|---|---|
| SunTrust Plaza, Suite 2200, | Matthew A. Boyd |
| 303 Peachtree Street, N.E | Georgia Bar No. 027645 |
| Atlanta, Georgia 30308 | Amanda C. Kunz |
| 404-572-2000 | Georgia Bar No. 142177 |
| 404-572-2199 (fax) | 1180 Peachtree Street |
| | Atlanta, Georgia  30309 |
| | 404-572-4600 |
| | 404-572-5138 (fax) |

FARBER & COMPANY ATTORNEYS, LLP

By: s/ Ann McFarland
    Ann McFarland
    California Bar No. 065669
    Eric J. Farber
    California Bar No. 169472
    847 Sansome Street, Suite LL
    San Francisco, California  94111
    415-434-5320
    415-434-5380 (fax)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| **GRADY JACKSON,** | ) | |
| | ) | **CIVIL ACTION** |
| **Plaintiff,** | ) | |
| | ) | **NO: 07-CV-0939-GET** |
| v. | ) | |
| | ) | |
| **ATLANTA FALCONS** | ) | |
| **FOOTBALL CLUB,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of June, 2007, I electronically filed **STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorney of record:

> Kenan G. Loomis
> COZEN O'CONNOR
> SunTrust Plaza, Suite 2200, 303 Peachtree Street, N.E
> Atlanta, Georgia 30308

I also here certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

> Eric Farber and Ann McFarland Draper
> FARBER & COMPANY ATTORNEYS LLP
> 847 Sansome Street, Suite LL
> San Francisco, California 94111

s/ Mathew A. Boyd
Matthew A. Boyd